PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Endrit Kllogjeri**             Docket No. **21-CR-896-2**

### Petition for Action on Conditions of Pretrial Release

      COMES NOW ROBERT HYDE, UNITED STATES PRETRIAL SERVICES OFFICER PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Endrit Kllogjeri**, who was placed under pretrial release supervision by the **HONORABLE DOUGLAS E. ARPERT, UNITED STATES MAGISTRATE JUDGE** sitting in the Court at **Trenton, New Jersey**, on **December 10, 2019**, under the following conditions:
The defendant was ordered released on a $150,000 unsecured appearance bond along with the following conditions:

1. The defendant shall be released into the third-party custody of Enver and Drita Kllogjeri.
2. Pretrial Services supervision.
3. Home detention enforced by location monitoring.  Employment is not permitted.
4. Surrender all passports/travel documents.  Do not apply for new travel documents.
5. Travel restricted to New Jersey and New York, unless otherwise approved by Pretrial Services.
6. Substance abuse testing and/or treatment as directed by Pretrial Services.
7. Maintain current residence or a residence approved by Pretrial Services.
8. No contact with victims or witnesses.
9. Have no contact wit the following individual(s): co-defendant Francis Anthony Garzon
10. Surrender/do not possess any firearms.  All firearms in any home in which the defendant resides shall be removed, in compliance with New Jersey state law, and verification provided to Pretrial Services.  The defendant shall also surrender all firearm purchaser's identification cards and permits to Pretrial Services.

On March 24, 2020, an order was signed by Your Honor modifying the defendant's location monitoring condition to permit employment on terms and conditions approved by U.S. Pretrial Services.

On December 22, 2021, the defendant appeared before the Honorable Zahid N. Quraishi for an arraignment.

Respectfully presenting petition for action of Court and for cause as follows:

**[SEE ATTACHED ADDENDUM]**

PRAYING THAT THE COURT WILL ORDER **set a hearing to address violations of bail.**

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this __21st__ day of __January__, __2022__ and ordered filed and made a part of the records in the above case. | Executed on ___01/11/2022___ |
| _____ <br> HONORABLE DOUGLAS E. ARPERT <br> U.S. Magistrate Judge | __/s/ Robert Hyde_____ <br> ROBERT HYDE, UNITED STATES PRETRIAL SERVICES OFFICER |

Hearing scheduled for 1/31/2022 at 12:00pm via Zoom.